**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KARINE ISRAELYAN, | No. 07-72333 |
| Petitioner, | Agency No. A075-663-550 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:      FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Karine Israelyan, a native and citizen of Armenia, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying her motion to reopen.  We

have jurisdiction pursuant to 8 U.S.C. § 1252.  We review for abuse of discretion

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

LR/Research

the denial of a motion to reopen, *Singh v. Gonzales*, 491 F.3d 1090, 1095 (9th Cir. 2007), and we deny the petition for review.

The BIA acted within its discretion in denying as untimely Israelyan's motion to reopen because it was filed more than 90 days after the BIA's final removal order, *see* 8 C.F.R. §1003.2(c)(2), and Israelyan did not show that she acted with the due diligence required for equitable tolling, *see Singh*, 491 F.3d at 1096-97.

**PETITION FOR REVIEW DENIED.**